LINK: 4

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6934 GAF (PJWx) | Date | November 9, 2011 |
|---|---|---|---|
| Title | Roseanne Larsen v. County of Los Angeles et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     (In Chambers)

**ORDER RE:  MOTION TO DISMISS**

    On October 12, 2011, Defendants County of Los Angeles and Sheriff Lee Baca ("Defendants") filed a motion to dismiss, for more definite statement, and/or a motion to strike Plaintiff's complaint.  (Docket No. 4.)  On November 2, 2011, Plaintiff attempted to file an amended complaint (Docket Nos. 6-7), which was rejected due to various filing deficiencies. (Docket No. 8.)  The Court struck the document and ordered Plaintiff to properly file the amended complaint by November 9, 2011.  (Docket No. 9.)  On November 9, 2011, Plaintiff filed their First Amended Complaint.  (Docket No. 10.)

    An "amended pleading supersedes the original pleading."  Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992).  "[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"  Id. at 1262 (quoting Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967)).  Accordingly, Defendants' motion to dismiss, for more definite statement, and/or a motion to strike Plaintiff's complaint is now moot.  The motion is therefore **DENIED as moot**.

    **IT IS SO ORDERED.**